## 7395. MANN v. FOUTS.

WADE, C. J.   1. There was no substantial merit in the exceptions to the answer of the magistrate which were originally allowed by the court, and the court did not err in thereafter passing upon the certiorari without regard to them.

2. There was some evidence to support the verdict of the jury in the justice's court, and the judge of the superior court did not err in overruling and dismissing the certiorari.      *Judgment affirmed.*
                   DECIDED SEPTEMBER 15, 1916.

Certiorari; from Gordon superior court—Judge Fite.   March 11, 1916.

*G. A. Coffee,* for plaintiff in error.   *A. L. Henson,* contra.

---

## 7407.   SHAW BROTHERS v. GUTHRIE.

HODGES, J.   This case came to this court once before, and on substantially the same testimony it was held that the judge erred in directing a verdict against the plaintiffs in error.   "There were issues of fact in the present case which should have been submitted to a jury.   Under the testimony introduced in behalf of the defendants they were entitled to set off against plaintiff's demand whatever legal damages they had sustained by reason of the breach of the plaintiff's warranty of title, excluding damages such as anticipated profits and the like, which are too speculative to be the basis of a recovery." *Shaw* v. *Guthrie,* 14 *Ga. App.* 303 (80 S. E. 735); *James* v. *John Flannery Co.,* 16 *Ga. App.* 639 (85 S. E. 942).   The court erred in directing a verdict.
                                      *Judgment reversed.*
                   DECIDED SEPTEMBER 15, 1916.

Complaint; from city court of Nashville—J. Z. Jackson, judge pro hac vice.   November 9, 1915.

*Hendricks, Mills & Hendricks, Alexander & Gary, Lankford & Moore,* for plaintiffs in error.   *W. R. Smith,* contra.